RECEIVED
IN ALEXANDRIA, LA.
DEC 0 2 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRIAN WILLIAMS | DOCKET NO. 09-CV-0458; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| SCOTT FRANKLIN, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b) against the following defendants:

    The Lasalle Parish Sheriff's Office,
    The Lasalle Parish Police Jury,
    The Lasalle Parish Correctional Center,
    The Lasalle Management Company,
    The Parish of Lasalle, and
    Sheriff Scott Franklin.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 1st day of December, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE